No. 02–8073.  GIDDENS v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 02–8075.  SAWYER v. POWELL, CHAIRMAN, FEDERAL DEPOSIT INSURANCE CORPORATION.  C. A. D. C. Cir.  Certiorari denied.

No. 02–8077.  HUTCHINSON v. TEXAS.  Ct. App. Tex., 6th Dist. Certiorari denied.

No. 02–8078.  HOLDEN v. BRAXTON, WARDEN.  C. A. 4th Cir. Certiorari denied.

No. 02–8079.  FULTON v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 02–8080.  GOLDSTEIN v. SHANNON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT MAHANOY, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 02–8081.  HOWARD v. KYLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 02–8082.  HIBBERT v. ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 02–8083.  MARTIN v. KENTUCKY.  Ct. App. Ky.  Certiorari denied.

No. 02–8084.  JOHNSON v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 02–8087.  SMITH v. TEXAS.  Ct. App. Tex., 12th Dist. Certiorari denied.

No. 02–8088.  REFILE v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 02–8089.  SUMMERFIELD v. CALIFORNIA.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.